NUMBER 13-11-00132-CV

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT
OF TEXAS

 

CORPUS CHRISTI – EDINBURG

                                                                                                                             

 

IN THE MATTER OF THE
ESTATE OF BILLY JOE WILLIAMSON,

AN INCAPACITATED
PERSON

                                                                                                                             

 

On appeal from the County Court at Law No. 2

of Cameron County, Texas.

                                                                                                                             

 

MEMORANDUM OPINION

 

Before Chief Justice
Valdez and Justices Garza and Vela

Memorandum Opinion Per
Curiam

 

            On June 9, 2011, appellant
Cassandra Walker filed an unopposed motion to dismiss without prejudice her
interlocutory appeal filed in trial court cause number 2011-CGC-2-B, styled In
the Matter of the Estate of Billy Joe Williamson, an Incapacitated Person. 
In her motion, Walker states that she “does not wish to pursue an interlocutory
appeal at this time” and that the Notice of Appeal she filed in the trial court
was merely intended to “give Notice of her Intent to file a [petition for writ
of] Mandamus.”

This Court, having examined and fully
considered Walker’s motion, is of the opinion that the motion should be
granted.  Accordingly, Walker’s motion is GRANTED and this appeal is hereby
DISMISSED WITHOUT PREJUDICE.  See Tex.
R. App. P. 42.1(a)(1).

 

PER CURIAM

 

Delivered
and filed the 

23rd
day of June, 2011.